# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Mavis Caldwell | § § | |
| V. | § § | Case No.: 2:19-cv-77 |
| Bank of America, N.A. | § § | |

## NOTICE OF TELEPHONIC SETTING

Parties are advised that a telephone hearing has been scheduled before **United States District Court Judge David S. Morales** at the following date and time:

**June 14, 2019 at 10:45 a.m. (CST)**

**Re: Initial Pretrial Conference**

**SPECIAL INSTRUCTIONS TO COUNSEL:**
1. Dial in to the Conference phone number of 361-693-6414;
2. When prompted, enter your conference ID (26414);
3. When prompted, enter your conference password (13579).
4. You will now be connected to the conference call.

**There will be silence so please hold** until the Case Manager calls in to connect all parties.

**Everyone must be on a land line. No cell phones or speaker phones are permitted.**

**If more than one attorney/party is on the line, FOR CLARITY OF THE RECORD, PLEASE STATE YOUR NAME WHEN RESPONDING TO THE COURT.**

Date: June 5, 2019

**BY ORDER OF THE COURT**
David J. Bradley, Clerk of Court
By : /s/ Arlene Rodriguez
Case Manager to Judge David S. Morales
361-888-3369