UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MAVIS CALDWELL,<br><br>    Plaintiff,<br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant. | Case No.  2:19-cv-00077<br><br>Honorable Judge David S. Morales |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff MAVIS CALDWELL, and the Defendant, BANK OF AMERICA, N.A. , through their respective counsel that the above-captioned action is dismissed, with prejudice, against BANK OF AMERICA, N.A. , pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: November 7, 2019                                               Respectfully Submitted,

**MAVIS CALDWELL**                                                    **BANK OF AMERICA, N.A.**

/s/ Nathan C. Volheim                                                 /s/ Matthew David Durham (*with consent*)
Nathan C. Volheim                                                     Matthew David Durham
*Counsel for Plaintiff*                                               *Counsel for Defendant*
Sulaiman Law Group, LTD                                               McGuire Woods LLP
2500 S. Highland Avenue, Suite 200                                    2000 McKinney Avenue, Suite 1400
Lombard, Illinois 60148                                               Dallas, Texas 75201
Phone: (630) 575-8181                                                 Phone: (214) 932-6488
Fax :(630) 575-8188                                                   mdurham@mcguirewoods.com
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim\_\_\_\_\_
Nathan C. Volheim
