United States District Court
Southern District of Texas
**ENTERED**
November 07, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MAVIS CALDWELL, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-77 |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Agreed Stipulation of Dismissal With Prejudice filed and signed by Plaintiff and Defendant. (D.E. 22). This motion is an effective stipulation of dismissal because it is signed by all parties who have appeared. FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, all settings are terminated, and the Clerk of Court is **DIRECTED** to close the case.

SIGNED and ORDERED this ____ day of November 2019.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE